**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | CC 1400 Aliceanna Street LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

87-2840618

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1400 Aliceanna Street** <br> **Baltimore, MD 21231** <br> Number, Street, City, State & ZIP Code | **12 W. Montgomery Street** <br> **Baltimore, MD 21230** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **CC 1400 Aliceanna Street LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
          __5311__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **CC 1400 Aliceanna Street LLC**                              Case number (*if known*) _____
       Name

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **CC 1400 Aliceanna Street LLC**                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2025**
                MM / DD / YYYY

**X** **/s/ Brandon M. Chasen, Sr.**                    **Brandon M. Chasen, Sr.**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Brent C. Strickland**                    Date   **March 13, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**Brent C. Strickland**
Printed name

**Whiteford, Taylor & Preston L.L.P.**
Firm name

**8830 Stanford Blvd.**
**Suite 400**
**Columbia, MD 21045**
Number, Street, City, State & ZIP Code

Contact phone   **(410) 347-9402**          Email address   **bstrickland@whitefordlaw.com**

**22704 MD**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|                                      |     |                      |
| ------------------------------------ | --- | -------------------- |
| In re:                               | )   |                      |
|                                      | )   |                      |
| CC 1400 ALICEANNA STREET LLC,        | )   | **Case No.: 25-  ____** |
|                                      | )   |                      |
| Debtor.                              | )   | **Chapter 11**       |
|                                      | )   |                      |
|                                      | )   |                      |
| _____ | )   |                      |

**CORPORATE RESOLUTION**

The undersigned, being the Manager of CC 1400 Aliceanna Street LLC, a limited liability company organized under the laws of the State of Maryland (the "Company"), does hereby certify that the resolution attached hereto as **Exhibit A** was duly adopted by the Manager of the Company in accordance with the *Amended and Restated Operating Agreement of CC 1400 Aliceanna Street LLC* effective as of September 24, 2023, which resolution has not been amended, modified, or rescinded and remains in full force and effect.

**IN WITNESS WHEREOF,** the undersigned has signed this certificate and affixed the corporate seal thereto on March ⎯12⎯, 2025.


_____
Brandon M. Chasen, Sr., Manager

**EXHIBIT A**

**RESOLUTION OF ACTION OF
CC 1400 ALICEANNA STREET LLC**

**WHEREAS,** the undersigned Manager of CC 1400 Aliceanna Street LLC (the "Company") has determined that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED,** that Brandon M. Chasen Sr. be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court; and it is further

**RESOLVED,** that Brandon M. Chasen Sr., and such other Agent as he shall from time to time designate (each a "Representative") in his sole and absolute discretion, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to retain legal counsel of his choosing to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Agent shall approve; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved this  12th day of March 2025, the Manager of the Company has set his hand adopting the foregoing resolutions.

Brandon M. Chasen, Sr., Manager

**Fill in this information to identify the case:**

Debtor name  **CC 1400 Aliceanna Street LLC**

United States Bankruptcy Court for the:  **DISTRICT OF MARYLAND**

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 13, 2025**          X **/s/ Brandon M. Chasen, Sr.**
                                            Signature of individual signing on behalf of debtor

                                            **Brandon M. Chasen, Sr.**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CC 1400 Aliceanna Street LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Absolute Fire Protection, Inc. 445 Defense Highway, Suite C Annapolis, MD 21401** | **Debbie Hall, Operations Manager** <br><br> **dhall@absolutefp.com 410-544-7771 (ext 105)** | **Trade debt** | | | | **$120,000.00** |
| **Air Flow Technology LLC 6026 Archstone Court, Unit #402 Alexandria, VA 22310** | **Priscila De Faria, Office Manager** <br><br> **info@airflowtech.net 703-223-1443** | **Trade debt** | | | | **$228,000.00** |
| **Cahill Services 1101 E Admiral Doyle Drive Suite 301-1 New Iberia, LA 70560** | **Lynette Smith** <br><br> **<lsmith@cahillservices.com 732-850-6115** | **Trade debt** | | | | **$35,092.15** |
| **Capital Electric 8511 Pepco Place Upper Marlboro, MD 20772** | **Patrick Horine** <br><br> **patrick.horine@capitalelectricsupply.com 301-909-6500** | **Trade debt** | | | | **$8,206.75** |
| **Crimpco, LLC 2545 Lord Baltimore Drive Windsor Mill, MD 21244** | **Chris Graham** <br><br> **cgraham@crimpcosecurity.com 410-484-0363** | **Trade debt** | | | | **$69,100.25** |
| **David L Cohen Revocable Trust 338 S Beach Road Hobe Sound, FL 33455** | | **Loan** | | | | **$500,000.00** |

Debtor    **CC 1400 Aliceanna Street LLC**                                    Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DeVere Insulation Company 7501 Resource Court Curtis Bay, MD 21226** | **Christina Pollikof**<br><br>**cpollikof@devereinsulation.com 443-517-7336** | **Trade debt** | | | | **$252,307.93** |
| **Donald Excavating Inc 7831 Philadelphia Road Rosedale, MD 21237** | **Renee**<br><br>**renee@donaldexcavating.com 410-866-3701** | **Trade debt** | | | | **$17,947.81** |
| **Duque Construction LLC 3107 Hewitt Avenue, Apt 439 Silver Spring, MD 20906** | | **Trade debt** | | | | **$905,186.57** |
| **Ed Bradley 600 Wood Glenn Court Lutherville Timonium, MD 21093** | | **Loan** | | | | **$500,000.00** |
| **Keith Flaum Flaum-Liberman Trust 325 Amber Way Menlo Park, CA 94025** | | **Loan** | | | | **$250,000.00** |
| **Otis Elevators Company 1705 Twin Spring Road, Suite 110 Baltimore, MD 21224** | **Seymour, Matthew**<br><br>**Matthew.Seymour@otis.com 410-737-6200** | **Trade debt** | | | | **$154,215.00** |
| **Pando Alliance LLC 3454 Ellicott Mills Drive, Suite A2 Ellicott City, MD 21043** | **Sandra Childs**<br><br>**accounting@pandoalliance.com** | **Trade debt** | | | | **$11,229.00** |
| **Renee Honig 2019 Irrevocable Trust DTD July 19, 2019 5815 Windsor Court Boca Raton, FL 33496** | | **Loan** | | | | **$5,000,000.00** |
| **SFO Ventures LLC 4100 Rosemary Street Chevy Chase, MD 20815** | | **Loan** | | | | **$6,160,000.00** |

Debtor   **CC 1400 Aliceanna Street LLC**
_____   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shepherd Electric Supply 7401 Pulaski Highway Rosedale, MD 21237-2529** | **Jenifer Denk jldenk@shepherdelec.com** | **Trade debt** | | | | **$92,214.41** |
| **SSMC GST Trust 11109 Piney Meeting House Road Potomac, MD 20854** | | **Loan** | | | | **$500,000.00** |
| **Supplies Unlimited, Inc. 2201 Halethorpe Farms Road Halethorpe, MD 21227** | **Rick Schmitt rbs@baltimoredoor.com 410.247.9090 Ext: 207** | **Trade debt** | | | | **$43,038.49** |
| **Thomas Clute 3203 Rolling Road Chevy Chase, MD 20815** | | **Loan** | | | | **$75,000.00** |
| **United Rentals PO Box 100711 Atlanta, GA 30384-0711** | **410-918-9770** | **Trade debt** | | | | **$23,547.87** |

# United States Bankruptcy Court
## District of Maryland

In re    __CC 1400 Aliceanna Street LLC__              Case No. _____

                                      Debtor(s)              Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Brandon M. Chasen, Sr.**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | | **62.50%** | **Membership interest** |
| **Family Pension Corp 401(k)**<br>**c/o Alan Honig, Trustee**<br>**150 East Palmetto Park Road**<br>**Boca Raton, FL 33432** | | **5%** | **Membership interest** |
| **Paul W. Davis**<br>**5911 Ryland Drive**<br>**Bethesda, MD 20817** | | **32.50%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __March 13, 2025__                 Signature    **/s/ Brandon M. Chasen, Sr.**

                                                            **Brandon M. Chasen, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re  **CC 1400 Aliceanna Street LLC** _____  Case No. _____

Debtor(s)                    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 13, 2025** _____    **/s/ Brandon M. Chasen, Sr.** _____

**Brandon M. Chasen, Sr.**/**Managing Member**
Signer/Title

Absolute Fire Protection, Inc.
445 Defense Highway, Suite C
Annapolis, MD 21401


Air Flow Technology LLC
6026 Archstone Court, Unit #402
Alexandria, VA 22310


Baltimore City
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202


BGE
PO Box 1475
Baltimore, MD 21203


Brandon M. Chasen, Sr.
18555 Collins Avenue
Apt 5105
Sunny Isles Beach, FL 33160


Builders FirstSource, Inc.
2001 Bryan Street, Suite 1600
Dallas, TX 75201


Cahill Services
1101 E Admiral Doyle Drive
Suite 301-1
New Iberia, LA 70560


Capital Electric
8511 Pepco Place
Upper Marlboro, MD 20772


Chasen Construction LLC
12 W Montgomery Street
Baltimore, MD 21230

```
Chasen Construction LLC et al.
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC et al.
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC et al.
c/o Adam M. Frieman
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chesapeake Energy Services, Inc.
PO Box 1194
Hunt Valley, MD 21030


Colbert, Matz, Rosenfelt, LLC
2835 Smith Avenue, Suite G
Baltimore, MD 21209


Commode King DBA
FM Rolloff And Construction Services LLC
5280 Ten Oaks Road
Clarksville, MD 21029


Crimpco, LLC
2545 Lord Baltimore Drive
Windsor Mill, MD 21244


David L Cohen Revocable Trust
338 S Beach Road
Hobe Sound, FL 33455
```

David V. Fontana
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


DeVere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226


Donald Excavating Inc
7831 Philadelphia Road
Rosedale, MD 21237


Duque Construction LLC
3107 Hewitt Avenue, Apt 439
Silver Spring, MD 20906


Duque Construction LLC
777 Briggs Chaney Road
Silver Spring, MD 20905


Duque Construction, LLC
c/o Philip Martin Wright
25 Wood Lane
Rockville, MD 20850


Ed Bradley
600 Wood Glenn Court
Lutherville Timonium, MD 21093


Family Pension Corp 401(k) Plan
c/o Alan Honig, Trustee
150 East Palmetto Park Road
Boca Raton, FL 33432


Ferguson Enterprises, LLC
PO Box 417592
Boston, MA 02241-7592

Ferguson Enterprises, LLC
c/o Jill Diane Caravaggio, Esq.
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704


Ferguson Enterprises, LLC
13890 Lowe Street
Chantilly, VA 20151


First National Bank of Pennsylvania
300 East Lombard Street
Baltimore, MD 21202


First National Bank of Pennsylvania
c/o Scott R. Robinson
Hofmeister Robinson & DiPietro
11350 McCormick Road
Hunt Valley, MD 21031


First National Bank of Pennsylvania
c/o Ralph John DiPietro
Hofmeister Robinson & DiPietro
11350 McCormick Road
Hunt Valley, MD 21031


IPS Contracting Services
6900 Bownell Avenue
Rosedale, MD 21237


Keith Flaum Flaum-Liberman Trust
325 Amber Way
Menlo Park, CA 94025


National Lumber Co.
4901 Pulaski Highway
Baltimore, MD 21224

Otis Elevators Company
1705 Twin Spring Road, Suite 110
Baltimore, MD 21224


Pando Alliance LLC
3454 Ellicott Mills Drive, Suite A2
Ellicott City, MD 21043


Patriot Steel Fabrication, Inc.
1959 Church Creek Road
Church Creek, MD 21622


Patriot Steel Fabrication, Inc.
c/o Jackson S. Nichols
Cohen Seglias Pallas Greenhall Furman PC
900 Seventh St NW, Suite 725
Washington, DC 20001


Paul W. Davis
5911 Ryland Drive
Bethesda, MD 20817


Renee Honig 2019 Irrevocable Trust
DTD July 19, 2019
5815 Windsor Court
Boca Raton, FL 33496


Richard A. Dubose III Substitute Trustee
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


SFO Ventures LLC
4100 Rosemary Street
Chevy Chase, MD 20815

SFO Ventures, LLC
c/o Richard L. Costella
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202


SFO Ventures, LLC
c/o  Jung Yong Lee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202


Shepherd Electric Supply
7401 Pulaski Highway
Rosedale, MD 21237-2529


Smart Security Pros, LLC
DBA Mobile Video Guard
4414 Lottsford Vista Road
Lanham, MD 20706


SSMC GST Trust
11109 Piney Meeting House Road
Potomac, MD 20854


Sunbelt Rental
PO Box 409211
Atlanta, GA 30384-9211


Supplies Unlimited, Inc.
2201 Halethorpe Farms Road
Halethorpe, MD 21227


TDR Systems, Inc.
 t/a CHUTES International
33 Industrial Park Drive
Waldorf, MD 20602-2708

Thomas Clute
3203 Rolling Road
Chevy Chase, MD 20815


United Rentals
PO Box 100711
Atlanta, GA 30384-0711

# United States Bankruptcy Court
## District of Maryland

In re __CC 1400 Aliceanna Street LLC__      Case No. _____

Debtor(s)      Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CC 1400 Aliceanna Street LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 13, 2025__

Date

/s/ Brent C. Strickland

**Brent C. Strickland**

Signature of Attorney or Litigant

Counsel for __CC 1400 Aliceanna Street LLC__

**Whiteford, Taylor & Preston L.L.P.**

**8830 Stanford Blvd.**

**Suite 400**

**Columbia, MD 21045**

**(410) 347-9402**

**bstrickland@whitefordlaw.com**