# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12153 – NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedule D due 03/27/2025** |
| | **Schedule E/F due 03/27/2025** |
| | **Schedule A/B due 03/27/2025** |
| | **Schedule G due 03/27/2025** |
| | **Summary of Assets and Liab. due 03/27/2025** |
| | **Schedule H due 03/27/2025** |
| | **Declaration for Schedules due 03/27/2025** |
| | **Stmt. of Fin. Affairs due 03/27/2025** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 3/27/25.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 3/13/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410−962−4104

cc:   Debtor
   Attorney for Debtor – Brent C. Strickland

Form ntcddl (03/05)