<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

March 15, 2025

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: CC 1400 Aliceanna Street LLC, Case Number 25-12153, NVA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Baltimore
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201**

---

**UPDATED ADDRESSES WITH CERTIFICATE OF SERVICE OF
<u>NOTICE OF CHAPTER 11 BANKRUPTCY CASE</u>**

Undeliverable Address:
For Internal Use Only

Role type/cr id: tr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

**N/A**

---

Undeliverable Address:
Air Flow Technology LLC
6026 Archstone Court, Unit #402
Alexandria, VA 22310

Role type/cr id: 32799358
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Air Flow Technology, LLC**
**4503 Glendale Road**
**Woodbridge, VA 22193-2415**

Undeliverable Address:
Builders FirstSource, Inc.
2001 Bryan Street, Suite 1600
Dallas, TX 75201

Role type/cr id: 32799362
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Builders FirstSource, Inc.**
**6031 Connection Drive, Suite 400**
**Irving, TX 75039**

Undeliverable Address:
Capital Electric
8511 Pepco Place
Upper Marlboro, MD 20772

Role type/cr id: 32799364
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Capital Electric**
**8711 Westphalia Road**
**Upper Marlboro, MD 20774**

Undeliverable Address:
Colbert, Matz, Rosenfelt, LLC
2835 Smith Avenue, Suite G
Baltimore, MD 21209

Role type/cr id: 32799370
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 400 RED BROOK BLVD STE 110, OWINGS MILLS MD 21117-5172 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Colbert, Matz, Rosenfelt, LLC**
**400 Red Brook Blvd, STE 110**
**Owings Mills MD 21117-5172**

Undeliverable Address:
Duque Construction LLC
3107 Hewitt Avenue, Apt 439
Silver Spring, MD 20906

Role type/cr id: 32799377
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Duque Construction LLC**
**777 Briggs Chaney Road**
**Silver Spring, MD 20905**

Undeliverable Address:
Smart Security Pros, LLC
DBA Mobile Video Guard
4414 Lottsford Vista Road
Lanham, MD 20706

Role type/cr id: 32799402
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Smart Security Pros, LLC**
**DBA Mobile Video Guard**
**4831 Tesla Drive, Suite G**
**Bowie MD 20715**

Date: March 20, 2025

/s/ *Brent C. Strickland*
Brent C. Strickland, Esquire, Bar No. 22704
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd, Suite 400
Columbia, Maryland 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 20th day of March, 2025, a copy of the Notice of Chapter 11 Bankruptcy Case, (Docket no. 4), has been sent by first-class mail, postage prepaid to each of the above named parties at their updated mailing address.

/s/ *Brent C. Strickland*
Brent C. Strickland