**Fill in this information to identify the case:**

Debtor name    **CC 1400 Aliceanna Street LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **25-12153**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2025**      *X* **/s/ Brandon M. Chasen, Sr.**
                              Signature of individual signing on behalf of debtor

                              **Brandon M. Chasen, Sr.**
                              Printed name

                              **Member**
                              Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **CC 1400 Aliceanna Street LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  **25-12153**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................  $     **40,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $     **214.68**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................  $     **40,500,214.68**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **36,614,992.38**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................  +$     **14,985,106.54**

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

$     **51,600,098.92**

| Fill in this information to identify the case: |
|---|
| Debtor name **CC 1400 Aliceanna Street LLC** |
| United States Bankruptcy Court for the: DISTRICT OF MARYLAND |
| Case number (if known) **25-12153** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **United Bank** | **Checking** | 5175 | $214.68 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $214.68 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor   **CC 1400 Aliceanna Street LLC**                                    Case number *(If known)* **25-12153**
         <sub>Name</sub>

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property located at 1400 Aliceanna Street, Baltimore, MD 21231.  The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.** | Fee simple | Unknown | Appraisal | $40,500,000.00 |

Debtor    **CC 1400 Aliceanna Street LLC**                                   Case number *(If known)*  **25-12153**
_____                                                  _____
Name

56.    **Total of Part 9.**                                                                          | $40,500,000.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **CC 1400 Aliceanna Street LLC**                     Case number *(If known)* **25-12153**
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $214.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $40,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $214.68 | + 91b.  $40,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,500,214.68 |

**Fill in this information to identify the case:**

Debtor name    **CC 1400 Aliceanna Street LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **25-12153**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Baltimore City**<br>Creditor's Name<br><br>**Bureau of Revenue Collections**<br>**200 Holliday Street**<br>**Baltimore, MD 21202**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property located at 1400 Aliceanna Street, Baltimore, MD 21231. The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.** | $59,126.05 | $40,500,000.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**
**Real Estate Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First National Bank of Pennsylvania**
**2. Family Pension Corp 401(k) Plan**
**3. Baltimore City**
**4. Ferguson Enterprises, LLC**
**5. Patriot Steel Fabrication, Inc.**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Family Pension Corp 401(k) Plan**<br>Creditor's Name<br><br>**c/o Alan Honig, Trustee**<br>**150 East Palmetto Park Road**<br>**Boca Raton, FL 33432** | Describe debtor's property that is subject to a lien<br>**Real property located at 1400 Aliceanna Street, Baltimore, MD 21231. The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.** | $7,560,000.00 | $40,500,000.00 |

Debtor    **CC 1400 Aliceanna Street LLC**
_____    Case number (if known)    **25-12153**
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **August 21, 2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Ferguson Enterprises, LLC** | **Describe debtor's property that is subject to a lien** | $70,658.89 | $40,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property located at 1400 Aliceanna Street, Baltimore, MD 21231. The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.** | | |

**PO Box 417592**
**Boston, MA 02241-7592**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Mechanic's Lien entered 2/11/2025** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **5/23/2024 through**<br>**10/31/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **First National Bank of Pennsylvania** | **Describe debtor's property that is subject to a lien** | $28,820,364.18 | $40,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property located at 1400 Aliceanna Street, Baltimore, MD 21231. The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.** | | |

**300 East Lombard Street**
**Baltimore, MD 21202**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Confessed Judgment, Judgment Lien, Deed of Trust, UCC Financing Statement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **1/6/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

---

| Debtor | CC 1400 Aliceanna Street LLC | Case number (if known) | 25-12153 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**1022**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | Patriot Steel Fabrication, Inc. | | | |
|---|---|---|---|---|

| | Creditor's Name | Describe debtor's property that is subject to a lien | $104,843.26 | $40,500,000.00 |
|---|---|---|---|---|

**1959 Church Creek Road**
**Church Creek, MD 21622**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real property located at 1400 Aliceanna Street, Baltimore, MD 21231. The Current value is derived from the Appraisal dated 10/21/2024 which shows the Market Value As-is Value Conclusion as of 9/26/2024.**

**nathan@patriotsteelfab.com**

Creditor's email address, if known

**Describe the lien**
**Mechanic's Lien 3/10/2025**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/29/2023 through 10/18/2023**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $36,614,992.38 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chasen Construction LLC et al. c/o Mark Anthony Simanowith Saul Ewing LLP 1001 Fleet Street, 9th Floor Baltimore, MD 21202** | Line  **2.5** | |
| **Chasen Construction LLC et al. c/o Adam M. Frieman Saul Ewing LLP 1001 Fleet Street, 9th Floor Baltimore, MD 21202** | Line  **2.5** | |

Debtor  **CC 1400 Aliceanna Street LLC**
_____
Name

Case number (if known)    **25-12153**
_____

| | |
|---|---|
| **Chasen Construction LLC et al.**<br>**c/o Gregory Lee Waterworth**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line  **2.5** |
| **David V. Fontana**<br>**Gebhardt & Smith LLP**<br>**One South Street, Suite 2200**<br>**Baltimore, MD 21202** | Line  **2.4** |
| **Ferguson Enterprises, LLC**<br>**c/o Jill Diane Caravaggio, Esq.**<br>**Westview Village Professional Park**<br>**5100 Buckeystown Pike, Suite 250**<br>**Frederick, MD 21704** | Line  **2.3** |
| **Ferguson Enterprises, LLC**<br>**13890 Lowe Street**<br>**Chantilly, VA 20151** | Line  **2.3** |
| **First National Bank of Pennsylvania**<br>**c/o Scott R. Robinson**<br>**Hofmeister Robinson & DiPietro**<br>**11350 McCormick Road**<br>**Hunt Valley, MD 21031** | Line  **2.4** |
| **First National Bank of Pennsylvania**<br>**c/o Ralph John DiPietro**<br>**Hofmeister Robinson & DiPietro**<br>**11350 McCormick Road**<br>**Hunt Valley, MD 21031** | Line  **2.4** |
| **Patriot Steel Fabrication, Inc.**<br>**c/o Jackson S. Nichols**<br>**Cohen Seglias Pallas Greenhall Furman PC**<br>**900 Seventh St NW, Suite 725**<br>**Washington, DC 20001** | Line  **2.5** |
| **Richard A. Dubose III Substitute Trustee**<br>**Gebhardt & Smith LLP**<br>**One South Street, Suite 2200**<br>**Baltimore, MD 21202** | Line  **2.4** |

**Fill in this information to identify the case:**

Debtor name __CC 1400 Aliceanna Street LLC__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __25-12153__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Absolute Fire Protection, Inc.**<br>**445 Defense Highway, Suite C**<br>**Annapolis, MD 21401**<br><br>Date(s) debt was incurred __1/19/2024 through 11/20/2024__<br>Last 4 digits of account number __4921__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$120,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Air Flow Technology LLC**<br>**6026 Archstone Court, Unit #402**<br>**Alexandria, VA 22310**<br><br>Date(s) debt was incurred __1/24/2024__<br>Last 4 digits of account number __5859__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$228,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**BGE**<br>**PO Box 1475**<br>**Baltimore, MD 21203**<br><br>Date(s) debt was incurred __5/22/2024__<br>Last 4 digits of account number __2461__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utility Service__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,830.79** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Builders FirstSource, Inc.**<br>**2001 Bryan Street, Suite 1600**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred __6/24/2024__<br>Last 4 digits of account number __8632__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,982.00** |

Debtor   **CC 1400 Aliceanna Street LLC**                              Case number (if known)   25-12153
Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,092.15 |
|---|---|---|---|

**Cahill Services**
**1101 E Admiral Doyle Drive**
**Suite 301-1**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **2/15/2024 through 5/3/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,206.75 |
|---|---|---|---|

**Capital Electric**
**8511 Pepco Place**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **5/29/2024 through 6/14/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,075.50 |
|---|---|---|---|

**Chesapeake Energy Services, Inc.**
**PO Box 1194**
**Hunt Valley, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2233**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Colbert, Matz, Rosenfelt, LLC**
**2835 Smith Avenue, Suite G**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **7/31/2023 through 8/31/2023**

Basis for the claim:  **Engineering services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Commode King DBA**
**FM Rolloff And Construction Services LLC**
**5280 Ten Oaks Road**
**Clarksville, MD 21029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **7/29/2024 through 10/28/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,100.25 |
|---|---|---|---|

**Crimpco, LLC**
**2545 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1384**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**David L Cohen Revocable Trust**
**338 S Beach Road**
**Hobe Sound, FL 33455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **CC 1400 Aliceanna Street LLC**
_____
Name

Case number (if known) __25-12153__

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252,307.93 |
|---|---|---|---|

**DeVere Insulation Company**
**7501 Resource Court**
**Curtis Bay, MD 21226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  __3/7/2024 through 3/31/2024__

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,947.81 |
|---|---|---|---|

**Donald Excavating Inc**
**7831 Philadelphia Road**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  __11/21/2024 through 11/22/2024__

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number  __9351;9353__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905,186.57 |
|---|---|---|---|

**Duque Construction LLC**
**3107 Hewitt Avenue, Apt 439**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  __5/28/2024 through 7/30/2024__

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Ed Bradley**
**600 Wood Glenn Court**
**Lutherville Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.18 |
|---|---|---|---|

**IPS Contracting Services**

**6900 Bownell Avenue**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/26/2024__

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number  __5793__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Keith Flaum Flaum-Liberman Trust**
**325 Amber Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,077.76 |
|---|---|---|---|

**National Lumber Co.**
**4901 Pulaski Highway**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  __2/13/2024 through 6/19/2024__

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number  __6017__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CC 1400 Aliceanna Street LLC** | Case number (if known) | **25-12153** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Otis Elevators Company**
**1705 Twin Spring Road, Suite 110**
**Baltimore, MD 21224**

**Date(s) debt was incurred** _1/22/2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$154,215.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Pando Alliance LLC**
**3454 Ellicott Mills Drive, Suite A2**
**Ellicott City, MD 21043**

**Date(s) debt was**
**incurred** _1/12/2024 through 3/13/2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$11,229.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Renee Honig 2019 Irrevocable Trust**
**DTD July 19, 2019**
**5815 Windsor Court**
**Boca Raton, FL 33496**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

**$5,000,000.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**

**SFO Ventures LLC**
**4100 Rosemary Street**
**Chevy Chase, MD 20815**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

**$6,160,000.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**

**Shepherd Electric Supply**
**7401 Pulaski Highway**
**Rosedale, MD 21237-2529**

**Date(s) debt was**
**incurred** _2/25/2024 through 11/14/2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$92,214.41**

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Smart Security Pros, LLC**
**DBA Mobile Video Guard**
**4414 Lottsford Vista Road**
**Lanham, MD 20706**

**Date(s) debt was**
**incurred** _10/2/2024 through 12/11/2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$6,010.20**

---

**3.25** | **Nonpriority creditor's name and mailing address**

**SSMC GST Trust**
**11109 Piney Meeting House Road**
**Potomac, MD 20854**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

---

Debtor   **CC 1400 Aliceanna Street LLC**
_____    Case number (if known)   **25-12153**
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,575.08 |
|---|---|---|---|

**Sunbelt Rental**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **5/1/2024 through 7/10/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,038.49 |
|---|---|---|---|

**Supplies Unlimited, Inc.**
**2201 Halethorpe Farms Road**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **4/4/2024 through 7/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,887.80 |
|---|---|---|---|

**TDR Systems, Inc.**
 **t/a CHUTES International**
**33 Industrial Park Drive**
**Waldorf, MD 20602-2708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4318**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Thomas Clute**
**3203 Rolling Road**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,547.87 |
|---|---|---|---|

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **3/5/2024 through 4/25/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Duque Construction LLC**<br>**777 Briggs Chaney Road**<br>**Silver Spring, MD 20905** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Duque Construction, LLC**<br>**c/o Philip Martin Wright**<br>**25 Wood Lane**<br>**Rockville, MD 20850** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **CC 1400 Aliceanna Street LLC** | Case number (if known) | **25-12153** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **SFO Ventures, LLC**<br>**c/o Richard L. Costella**<br>**Tydings & Rosenberg LLP**<br>**One East Pratt Street, Suite 901**<br>**Baltimore, MD 21202** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **SFO Ventures, LLC**<br>**c/o  Jung Yong Lee**<br>**Tydings & Rosenberg LLP**<br>**One East Pratt Street, Suite 901**<br>**Baltimore, MD 21202** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **14,985,106.54** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **14,985,106.54** |

**Fill in this information to identify the case:**

Debtor name __CC 1400 Aliceanna Street LLC__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __25-12153__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **CC 1400 Aliceanna Street LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **25-12153**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Brandon M. Chasen, Sr. | 18555 Collins Avenue Apt 5105 Sunny Isles Beach, FL 33160 | First National Bank of Pennsylvania | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Chasen Construction LLC | 12 W Montgomery Street Baltimore, MD 21230 | Patriot Steel Fabrication, Inc. | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Paul W. Davis | 5911 Ryland Drive Bethesda, MD 20817 | First National Bank of Pennsylvania | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>CC 1400 Aliceanna Street LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-12153</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   CC 1400 Aliceanna Street LLC _____   Case number (if known) 25-12153 _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First National Bank of Pennsylvania vs. CC 1400 Aliceanna Street LLC, et al.**<br>**C-15-CV-24-006645** | **Civil - Confessed Judgment** | **Circuit Court for Montgomery County**<br>**50 Maryland Avenue**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Patriot Steel Fabrication, Inc. vs. Chasen Construction LLC, et al.**<br>**C-24-CV-24-001132** | **Contract - Breach** | **Circuit Court for Baltimore City**<br>**111 N. Calvert Street**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Duque Construction, LLC vs. CC 1400 Aliceanna Street LLC**<br>**C-24-CV-24-004409** | **Mechanics Lien** | **Circuit Court for Baltimore City**<br>**111 N. Calvert Street**<br>**Baltimore, MD 21202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **David Fontana vs. CC 1400 Aliceanna Street LLC**<br>**C-24-CV-24-004519** | **Foreclosure - Commercial** | **Circuit Court for Baltimore City**<br>**111 N. Calvert Street**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **First National Bank of Pennsylvania vs. Brandon Chasen, Sr., et al.**<br>**C-24-JG-25-000066** | **Civil - Confessed Judgment** | **Circuit Court for Baltimore City**<br>**111 N. Calvert Street**<br>**Baltimore, MD 21202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Ferguson Enterprises, LLC vs. CC 1400 Aliceanna Street, LLC**<br>**C-24-CV-24-003997** | **Mechanics Lien** | **Circuit Court for Baltimore City**<br>**111 N. Calvert Street**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

| Debtor | CC 1400 Aliceanna Street LLC | Case number *(if known)* | 25-12153 |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford Taylor & Preston LLP**<br>**7 St. Paul Street, Suite 1500**<br>**Baltimore, MD 21202** | | **March 4, 2025** | **$25,000.00** |
| | Email or website address<br>**www.whitefordlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Harbor Management Group** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    CC 1400 Aliceanna Street LLC                                    Case number *(if known)* 25-12153

---

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | CC 1400 Aliceanna Street LLC | Case number *(if known)* 25-12153 |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Debtor | CC 1400 Aliceanna Street LLC | Case number *(if known)* | 25-12153 |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **M&M Consulting and Tax Services, Inc.**<br>2 E. Joppa Road<br>Towson, MD 21286 | |
| 26a.2. **Vanessa Lopez**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **M&M Consulting and Tax Services, Inc.**<br>2 E. Joppa Road<br>Towson, MD 21286 | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **Vanessa Lopez**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **M&M Consulting and Tax Services, Inc.**<br>2 E. Joppa Road<br>Towson, MD 21286 | |
| 26c.2. **Vanessa Lopez**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First National Bank of Pennsylvania**<br>One FNB Boulevard<br>Hermitage, PA 16148 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **CC 1400 Aliceanna Street LLC**                              Case number *(if known)*  **25-12153**

---

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brandon M. Chasen, Sr. | 1511 Eastern Avenue<br>Baltimore, MD 21231 | Managing Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Paul W. Davis | 5911 Ryland Drive<br>Bethesda, MD 20817 | Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Family Pension Corp 401(k) | c/o Alan Honig, Trustee<br>150 East Palmetto Park Road<br>Boca Raton, FL 33432 | Member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

 ■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **7**

Debtor    __CC 1400 Aliceanna Street LLC__                              Case number *(if known)*  __25-12153__

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 31, 2025__

__/s/ Brandon M. Chasen, Sr.__                         __Brandon M. Chasen, Sr.__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **8**