Entered: April 9th, 2025
Signed: April 8th, 2025

**SO ORDERED**

NO TIMELY OPPOSITION.

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:

CC 1400 ALICEANNA STREET LLC,

Debtor.

Case No. 25-12153
(Chapter 11)

**ORDER DETERMINING THAT DEBTOR'S PROPERTY CONSTITUTES SINGLE ASSET REAL ESTATE THAT IS SUBJECT TO 11 U.S.C. § 362(d)(3)**

Upon consideration of the Motion of First National Bank of Pennsylvania For Entry Of An Order Determining That Debtor's Property Constitutes Single Asset Real Estate That Is Subject to 11 U.S.C. § 362(d)(3) ("Motion") filed herein by First National Bank of Pennsylvania, and any response thereto, and cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland (Baltimore Division):

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the property owned by the Debtor, CC 1400 Aliceanna Street LLC ("Debtor"), known as1400 Aliceanna Street, Baltimore, Maryland (the "Property"), constitutes "single asset real estate" as defined in 11 U.S.C. § 101(51B); and it is further

ORDERED, that the Debtor and the Property are subject to the provisions of 11 U.S.C. § 362(d)(3).

cc:

David V. Fontana, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
*Counsel for First National Bank of Pennsylvania*

Brent C. Strickland, Esquire
Whiteford Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
*Counsel for Debtor*

Gerard R. Vetter, Esquire
U.S. Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
*Counsel for U.S. Trustee's Office*

**---END OF ORDER---**