Entered: April 11th, 2025
Signed: April 11th, 2025

**SO ORDERED**

MAY 8, 2025 AT 2:00 P.M.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12153 – NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

### ORDER AND NOTICE OF A HEARING ON
### MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

The United States Trustee having filed a motion to dismiss or in the alternative to convert, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss or in the alternative to convert will be held on the date and time set forth above, in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to The United States Trustee's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Brent C. Strickland
      Case Trustee – For Internal Use Only
      U.S. Trustee
      All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – MarkRybczynski