# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12153 – NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

## AMENDED NOTICE OF HEARING

In person hearing Courtroom 2–A Baltimore, Judge Alquist.

PLEASE TAKE NOTICE that a hearing will be held

on 5/23/25 at 2:00 PM

to consider and act upon the following:

27 – Motion to Convert Case from Chapter 11 to Chapter 7 or in the alternative Motion to Dismiss Case filed by US Trustee. (Vetter, Gerard)

32 – Opposition on behalf of CC 1400 Aliceanna Street LLC Filed by Brent C. Strickland (related document)[27] Motion to Convert Case from Chapter 11 to Chapter 7 or Motion to Dismiss Case filed by U.S. Trustee. (Strickland, Brent)

34 – Response on behalf of First National Bank of Pennsylvania Filed by David V. Fontana (related document)[27] Motion to Convert Case from Chapter 11 to Chapter 7 or Motion to Dismiss Case filed by U.S. Trustee. (Fontana, David)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/6/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

Form ntchrgmdb (rev. 08/13/2024)