# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–12153 – NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

## NOTICE

In person hearing Courtroom 2–A Baltimore, Judge Alquist.

PLEASE TAKE NOTICE that a hearing will be held

on 6/27/25 at 2:00 PM

to consider and act upon the following:

24 – Motion for Relief from Stay and Notice of Motion Re: 1400–1406 Aliceanna Street, Baltimore, MD Filed by First National Bank of Pennsylvania. (Fontana, David)

33 – Opposition on behalf of CC 1400 Aliceanna Street LLC Filed by Brent C. Strickland (related documents)[24] Relief from Stay and Notice of Motion filed by Creditor First National Bank of Pennsylvania. (Strickland, Brent)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/19/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

Form ntchrgmdb (rev. 08/13/2024)