IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    CC 1400 ALICEANNA STREET LLC, | ) | |
| | ) | Case No. 25-12153-NVA |
| | ) | (Chapter 11) |
|    Debtor. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | ) ) ) | |
| | ) | |
|    Movant, | ) | |
| v. | ) | |
| | ) | |
| CC 1400 ALICEANNA STREET LLC, | ) | |
| | ) | |
|    Respondent. | ) | Related to Docket Nos. 24 and 33 |
| | ) | |

**SECOND AMENDED NOTICE OF HEARING ON MOTION OF
FIRST NATIONAL BANK OF PENNSYLVANIA
FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY OWNED
BY DEBTOR KNOWN AS 1400-1406 ALICEANNA STREET, BALTIMORE,
<u>MARYLAND PURSUANT TO 11 U.S.C. § 362</u>**

On April 7, 2025, First National Bank of Pennsylvania ("Bank") filed a Motion of First National Bank of Pennsylvania for Relief from the Automatic Stay as to Real Property Owned by Debtor Known as 1400-1406 Aliceanna Street, Baltimore, Maryland Pursuant to 11 U.S.C. § 362 (Docket No. 24) (the "Motion") which, among other things, seeks the entry of an order terminating the automatic stay of 11 U.S.C. § 362(a) in the chapter 11 case of the Debtor, CC 1400 Aliceanna Street LLC ("Debtor"), to enable the Bank to immediately enforce its rights and remedies against real property owned by the Debtor known as 1400-1406 Aliceanna Street, Baltimore, Maryland and against various personal property owned by the Debtor relating to the above referenced property described in the Motion.

The Debtor filed a response and an opposition to the Motion (Docket No. 33) on April 23, 2025. No other responses or objections to the Motion have been filed.

The Motion was originally scheduled for a hearing on May 8, 2025 at 2:00 p.m. and continued to June 25, 2025 at 11:00 a.m.

**PLEASE TAKE NOTICE THAT the hearing on the Motion has been continued and that a hearing will take place on the Motion on June 27, 2025 at 2:00 p.m. in the United States Bankruptcy Court for the District of Maryland, Garmatz Federal Courthouse, Courtroom 2-A, 101 West Lombard Street, Baltimore, Maryland 21201.**

**The above referenced hearing on the Motion will be held in person.**

Date:  May 19, 2025                                                         Respectfully submitted,

/s/  *David V. Fontana, Esq.*
David V. Fontana, Esq. (Bar No. 23563)
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: 410-385-5053
Email: dfont@gebsmith.com
*Attorneys for Movant,*
*First National Bank of Pennsylvania*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Second Amended Notice of Hearing on Motion of First National Bank of Pennsylvania for Relief from the Automatic Stay as to Real Property Owned by Debtor and Generally Known as 1400-1406 Aliceanna Street, Baltimore, Maryland Pursuant to 11 U.S.C. § 362 will be served electronically on all creditors

2

and parties who have requested electronic notice pursuant to the Court's CM/ECF system in this bankruptcy case, including on the following:

Jill D. Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
Aaron L. Casagrande aaron.casagrande@icemiller.com
Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Brent C. Strickland bstrickland@wtplaw.com, mbaum@wtplaw.com, brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
Gerard R. Vetter gerard.r.vetter@usdoj.gov
Jung Yong Lee jlee@tydings.com, mhickman@tydings.com
Richard L. Costella rcostella@tydings.com, scalloway@tydings.com

I HEREBY FURTHER CERTIFY that on this 19th day of May, 2025, I did serve a copy of the foregoing Second Amended Notice of Hearing on Motion of First National Bank of Pennsylvania for Relief from the Automatic Stay as to Real Property Owned by Debtor and Generally Known as 1400-1406 Aliceanna Street, Baltimore, Maryland Pursuant to 11 U.S.C. § 362 by first class mail, postage prepaid, on the Debtor and its counsel, all parties having a scheduled lien against the property that is the subject of the Motion, all members of the Official Committee of Unsecured Creditors of CC 1400 Aliceanna Street LLC appointed in this case pursuant to 11 U.S.C. § 1102, and all parties that have filed a request for notice in this case at the following addresses:

| | |
|---|---|
| Brent C. Strickland, Esq.<br>Whiteford Taylor & Preston L.L.P.,<br>8830 Stanford Boulevard, Suite 400<br>Columbia, MD 21045<br>*Counsel for Debtor* | Gerard R. Vetter, Esq.,<br>U.S. Department of Justice<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>*Counsel for U.S. Trustee's Office* |
| CC 1400 Aliceanna Street LLC<br>12 W. Montgomery Street<br>Baltimore, MD 21230<br>Attn: Brandon Chasen, Sr., Managing Manager<br>*Debtor* | Adam M. Freiman, Esq.<br>Law Office of Adam M. Freiman, P.C.<br>115 McHenry Avenue, Suite B4<br>Pikesville, MD 21208<br>*Counsel for Braden Chasen* |

Office of the United States Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

Jill D. Caravaggio, Esq.
Law Office of Jill D. Caravaggio
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704
*counsel for Ferguson Enterprises, LLC*

Jackson S. Nichols, Esq
Cohen, Seglias, Pallas, Greenhall & Furman P.C.
900 Seventh Street, N.W., Suite 725
Washington, DC 20001
*counsel for Patriot Steel Fabrication, Inc.*

Patriot Steel Fabrication, Inc.
1959 Church Creek Road
Church Creek, MD 21622

SFO Ventures, LLC
c/o David Schwinger
2519 P Street, N.W.
Washington, DC 20007
*Member of Unsecured Creditors Committee*

Richard L. Costella, Esq.
Jung Yong Lee, Esq.
Tydings & Rosenberg LLP
1 E. Pratt Street, Suite 901,
Baltimore, MD 21202
*counsel for SFO Ventures, LLC*

Edwin Bradley
600 Wood Glenn Court
Timonium, MD 21093
*Member of Unsecured Creditors Committee*

Aaron L. Casagrande, Esq.
Ice Miller LLP
100 Light Street, Suite 1350
Baltimore, MD 21202
*counsel for Family Pension Corp. 401(k) and the Renee Honig 2019 Irrevocable Trust U/A DTD 07/09/219*

Shawn C. Whittaker, Esq.
Whittaker Myers, P.C.
1401 Rockville Pike, Suite 510
Rockville, MD 20852
*counsel for Southland Insulators of Maryland, Inc.*

Southland Insulators of Maryland, Inc.
729 Miner Road
Highland Heights, OH 44143

Philip M. Wright, Esq.
Anderson & Quinn LLC
25 Wood Lane
Rockville, MD 20850
*counsel for Duque Construction, LLC*

Duque Construction LLC
777 Briggs Chaney Road
Silver Spring MD 20905

Mark A. Simanowith, Esq.
Saul Ewing LLP, 1001 Fleet Street,
9th Floor
Baltimore, Maryland 21202
*counsel for Chasen Construction LLC*

Baltimore City
Bureau of Revenue Collections
200 Holiday Street
Baltimore, MD 21202

Respectively submitted,

*/s/ David V. Fontana, Esq.*
David V. Fontana, Esq. (Bar No. 23563)
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5053
E-Mail: dfont@gebsmith.com
*Attorneys for Movant,*
*First National Bank of Pennsylvania*