# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

In Re. CC 1400 ALICEANNA STREET LLC, §
§
§
Debtor(s) §

Case No. 25-12153

☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 04/30/2025            Petition Date: 03/13/2025

Months Pending: 2                             Industry Classification: 5 3 1 1

Reporting Method:        Accrual Basis ☐      Cash Basis ☉

Debtor's Full-Time Employees (current):                             0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

*/s/ Brandon M. Chasen, Sr.*

Brandon M. Chasen, Sr.                        Brandon M. Chasen, Sr.
Signature of Responsible Party                Printed Name of Responsible Party

05/20/2025                                    12 W. Montgomery Street
Date                                          Baltimore, MD 21230
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1

Debtor's Name: CC 1400 ALICEANNA STREET LLC,  Case No. 25-12153

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $215 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $215 | |
| e. Disbursements made by third party for the benefit of the estate | $41,223 | $41,223 |
| f. Total disbursements for quarterly fee calculation (c+e) | $41,223 | $41,223 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ○  Market ●  Other ○  (attach explanation)) | $40,500,000 |
| d. Total current assets | $40,500,215 |
| e. Total assets | $40,500,215 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $36,614,992 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $36,614,992 |
| o. Ending equity/net worth (e-n) | $3,885,223 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)  2

Debtor's Name: CC 1400 ALICEANNA STREET LLC,  Case No. 25-12153

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Whiteford, Taylor & Preston L. | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

**Part 5: Professional Fees and Expenses**

Debtor's Name: CC 1400 ALICEANNA STREET LLC,  Case No. 25-12153

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |

Debtor's Name: CC 1400 ALICEANNA STREET LLC,  Case No. 25-12153

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvii |  |  |  |  |  |
| lxxxviii |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |
| xcix |  |  |  |  |  |
| c |  |  |  |  |  |
| ci |  |  |  |  |  |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name: CC 1400 ALICEANNA STREET LLC,     Case No. 25-12153

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  CC 1400 ALICEANNA STREET LLC,              Case No.  25-12153

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                          7

Debtor's Name: CC 1400 ALICEANNA STREET LLC,  Case No. 25-12153

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 6: Postpetition Taxes** — Current Month — Cumulative

a. Postpetition income taxes accrued (local, state, and federal) — $0 — $0
b. Postpetition income taxes paid (local, state, and federal) — $0 — $0
c. Postpetition employer payroll taxes accrued — $0 — $0
d. Postpetition employer payroll taxes paid — $0 — $0
e. Postpetition property taxes paid — $0 — $0
f. Postpetition other taxes accrued (local, state, and federal) — $0 — $0
g. Postpetition other taxes paid (local, state, and federal) — $0 — $0

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ●
c. Were any payments made to or on behalf of insiders? — Yes ○ No ●
d. Are you current on postpetition tax return filings? — Yes ● No ○
e. Are you current on postpetition estimated tax payments? — Yes ○ No ●
f. Were all trust fund taxes remitted on a current basis? — Yes ○ No ●
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ●
h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ●
i. Do you have: Worker's compensation insurance? — Yes ○ No ●
   If yes, are your premiums current? — Yes ○ No ○ N/A ● (if no, see Instructions)
   Casualty/property insurance? — Yes ● No ○
   If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)
   General liability insurance? — Yes ● No ○
   If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)
j. Has a plan of reorganization been filed with the court? — Yes ○ No ●
k. Has a disclosure statement been filed with the court? — Yes ○ No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ● No ○

UST Form 11-MOR (12/01/2021)  8

Debtor's Name  CC 1400 ALICEANNA STREET LLC,                                Case No.  25-12153

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Brandon M. Chasen, Sr.                                                                 Brandon M. Chasen, Sr.

Signature of Responsible Party                                                         Printed Name of Responsible Party

Managing Member                                                                              05/20/2025

Title                                                                                                      Date

UST Form 11-MOR (12/01/2021)                                  9

Debtor's Name  CC 1400 ALICEANNA STREET LLC,                              Case No.  25-12153



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  CC 1400 ALICEANNA STREET LLC,                             Case No.  25-12153

[barcode] Bankruptcy1to50

[barcode] Bankruptcy51to100

[barcode] NonBankruptcy1to50

[barcode] NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Docusign Envelope ID: 31202D39-CABE-40E1-B9FD-C705B6FA578B

Debtor's Name  CC 1400 ALICEANNA STREET LLC,                    Case No.  25-12153


PageThree


PageFour

**CC 1400 ALICEANNA STREET LLC        CASE NO. 25-12153**

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

<u>FOR APRIL 2025 MONTHLY OPERATING REPORT</u>

The insurance premiums advanced by Harbor Management Group LLC:

4/15/2025   $39,049.88

4/17/2025   <u>$  2,172.89</u>

TOTAL:      $41,222.77

4932-4531-7957, v. 1



**UNITED BANK**

United Processing Center
P.O. Box 393
Charleston, WV 25322-0393

| | |
|---|---|
| Account Number: | XXXXXX0686 |
| Statement Date: | 04/30/2025 |
| Page: | 1 of 2 |

2647 W18493REG05012504100 14 000000000 95288 003

CC 1400 ALICEANNA STREET LLC
DEBTOR-IN-POSSESSION
12 W MONTGOMERY ST SUITE 120
BALTIMORE MD 21230-4491

### Customer Care Information

| | | |
|---|---|---|
| | Phone: | 800.327.9862 |
| | Mailing Address: | P.O. Box 393<br>Charleston, WV 25322-0393 |
| | Visit Us Online: | BankWithUnited.com |

   

---

**FREE BUSINESS CHECKING**                     Account Number:    0686

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/04/25** | **$0.00** |
| + Deposits and Credits (1) | $214.68 |
| - Checks Posted (0) | $0.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 04/30/25** | **$214.68** |
| Number of Days in Statement Period | 27 |
| Low Balance | $214.68 |
| Average Balance | $214.68 |
| Average Collected Balance | $214 |

### Credits

| Date | Description | | Deposits |
|---|---|---|---|
| Apr 04 | DEPOSIT TRANSFER | | $214.68 |
| | TRANSFER FROM DEPOSIT ACCOUNT | 5175 | |

### Balance By Date

| Date | Balance | Date | Balance |
|---|---|---|---|
| | $0.00 | Apr 04 | $214.68 |





## Less Paper. More Convenience.

Simplify your life by signing up online for eStatement and eNotices – they're fast, convenient and completely secure.

Scan the QR code to sign up for free eStatements today through Online Banking or the Bank With United app.



MEMBER FDIC / EQUAL HOUSING LENDER

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

| CHECKS OUTSTANDING—NOT CHARGED TO ACCOUNT ||||| | |
|---|---|---|---|---|---|---|
| No. | $ | | No. | $ | BANK BALANCE SHOWN IN THIS STATEMENT | $ _____ |
|  |  |  |  |  | ADD DEPOSITS NOT CREDITED IN THIS STATEMENT + | $ _____ |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | TOTAL | $ _____ |
|  |  |  | Total Checks Outstanding | $ | SUBTRACT CHECKS OUTSTANDING - | $ _____ |

The balance should agree with your checkbook balance after deducting any service charge and adding any interest earned shown on this statement.

BALANCE    $ _____

---

**In case of errors or questions about your electronic transfers.**

Write us at:
United Processing Center
500 Virginia Street, East
P. O. Box 393
Charleston, WV 25322-0393

Call: 800.327.9862

Email us through the "Contact Us" link on our website: www.BankWithUnited.com

---

**Electronic Fund Transfers (Consumer Accounts Only)**
In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer listed on a statement or receipt, please contact us as soon as possible by visiting your nearest United Bank branch or by calling 800-327-9862.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.  You must:
1. Tell us your name and account number;
2. Describe the error or the transfer about which you are unsure, and explain as clearly as you can why you believe there is an error or why you need more information; and
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.  After we hear from you, we will determine whether an error occurred within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer in question occurred within 30 days of your initial deposit to that account, i.e., a "new" account) and will correct any error promptly.

If we need more time, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or foreign-initiated transfer) to investigate your complaint or question. If we decide to do this we will recredit your account for the amount you think is in error, minus a maximum of $50, so that you have use of the funds during our investigation.  If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. We will tell you the results within 3 business days after completing our investigation.  If we decide that there was no error or that the error occurred in a manner or amount different than you originally described, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you think your statement shows transfers that you did not make, tell us as soon as possible.  If you do not inform us within 60 days after the statement was mailed or made available to you, you may not get back any money you lost after 60 days.  This will occur if we can prove that we could have stopped the transaction(s) with proper notification from you within the 60 days.



Member FDIC

Docusign Envelope ID: 31202D39-CABE-40E1-B9FD-C705B6FA578B

| | CC 1400 ALICEANNA STREET LLC |
|---|---:|
| **UNITED BANK** | Account Number: XXXXXX0686 |
| | Statement Date: 04/30/2025 |
| | Page : 2 of 2 |

| Overdraft\Return Item Fees | | |
|---|---|---|
| **Fee Type** | **Total For This Period** | **Total Year-To-Date** |
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

95288 0419030 0002-0002 00000000000000000



2647 0419030 0002-0002 W18493REG05012504100 14 L 95288