United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-12153-NVA
CC 1400 Aliceanna Street LLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CC 1400 Aliceanna Street LLC, 12 W. Montgomery Street, Baltimore, MD 21230-4489 |
| cr | + | Ferguson Enterprises, LLC, c/o Jill D. Caravaggio, 5100 Buckeystown Pike, Suite 250, Frederick, MD 21704-8344 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | May 19 2025 19:25:00 | Office of the US Trustee, 101 W Lombard St, Ste 2650, Baltimore MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Adam M. Freiman | adam@pikesvillelaw.com  r54650@notify.bestcase.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| David V. Fontana | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: ntchrgbk | Total Noticed: 3 |

                    dfont@gebsmith.com

Gerard R. Vetter

                    gerard.r.vetter@usdoj.gov

Jill D. Caravaggio

                    jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

Jung Yong Lee

                    jlee@tydings.com  mhickman@tydings.com

Keith M. Lusby

                    klusby@gebsmith.com

Richard L. Costella

                    rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

US Trustee - Baltimore

                    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−12153 − NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

## NOTICE

In person hearing Courtroom 2−A Baltimore, Judge Alquist.

PLEASE TAKE NOTICE that a hearing will be held

on 6/27/25 at 2:00 PM

to consider and act upon the following:

24 − Motion for Relief from Stay and Notice of Motion Re: 1400−1406 Aliceanna Street, Baltimore, MD Filed by First National Bank of Pennsylvania. (Fontana, David)

33 − Opposition on behalf of CC 1400 Aliceanna Street LLC Filed by Brent C. Strickland (related documents)[24] Relief from Stay and Notice of Motion filed by Creditor First National Bank of Pennsylvania. (Strickland, Brent)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/19/25

                                                  Mark A. Neal, Clerk of Court
                                                  by Deputy Clerk, Mark Rybczynski
                                                  410−962−4255

Form ntchrgmdb (rev. 08/13/2024)