Entered: May 22nd, 2025
Signed: May 22nd, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CC 1400 ALICEANNA STREET LLC, | * | Case No.: 25-12153-NVA |
| Debtor. | * | Chapter 11 |

\* * * * * * * * * * * * * * * *

### ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY WHITEFORD, TAYLOR & PRESTON L.L.P. AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION EFFECTIVE AS OF THE PETITION DATE

Upon consideration of the *Application for Authority to Employ Whiteford, Taylor & Preston L.L.P. as Attorneys for Debtor and Debtor-in-Possession Effective as of the Petition Date* (the "Application"), filed by CC 1400 Aliceanna Street LLC (the "Debtor"), the Verified Statement of Brent C. Strickland, a partner of the firm of Whiteford, Taylor & Preston L.L.P. ("Whiteford"), pursuant to Bankruptcy Rule 2014(a), and the Disclosure of Compensation submitted under Bankruptcy Rule 2016(b), and it appearing that Whiteford is duly qualified to represent the Debtor in its case before this Court, and the Court being satisfied that Whiteford neither holds nor represents an interest adverse to the Debtor or its estate, that its employment is necessary and is in the best interests of the Debtor, its estate, and creditors, and it appearing that adequate notice of the Application has been provided and that no further notice of said

Application need be given; and after consideration of any objections made thereto and after any hearing thereon, and it appearing that good cause exists for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application be and it hereby is **APPROVED** as set forth herein, effective as of March 13, 2025 and it is further,

**ORDERED** that the Debtor be and hereby is authorized to employ Whiteford as counsel to represent the Debtor as debtor and debtor-in-possession in this case on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court; and it is further,

**ORDERED** that, pending further order of the Court approving Whiteford's fees and expenses, Whiteford shall be authorized to hold the retainer in the amount of amount of $3,714.00; and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

### END OF ORDER

cc: Brent C. Strickland, Esq.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045

Gerard R. Vetter, Esq.
Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201