Entered: May 28th, 2025
Signed: May 28th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CC 1400 ALICEANNA STREET LLC, | * | Case No.: 25-12153 (NVA) |
| Debtor. | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the United States Trustee's Motion to Convert or, in the Alternative, Dismiss Case (Dk. 27) (the "Motion to Convert or Dismiss"), the response to the Motion to Convert or Dismiss filed by the Debtor CC 1400 Aliceanna Street LLC ("Debtor") (Dk. 32) and the response to the Motion to Convert or Dismiss filed by First National Bank of Pennsylvania ("FNB")(Dk. 34), and no other creditor having filed a response to the Motion to Convert or Dismiss, and the Debtor, FNB and the United States Trustee having stipulated and agreed to the dismissal with prejudice of this chapter 11 case on the terms set forth herein and to the immediate entry of this Consent Order Dismissing Case with Prejudice, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED that the Motion to Dismiss or Convert is hereby GRANTED and the above captioned Chapter 11 case of the Debtor is hereby dismissed with prejudice; and it is further

ORDERED that the Debtor shall not file, and is hereby enjoined and prohibited from filing, another voluntary petition under any chapter of the United States Bankruptcy Code for a period of one hundred eighty (180) days from the date of entry of this Order; and it is further

ORDERED that the automatic stay of 11 U.S.C. § 362(a) in the Debtor's bankruptcy case is immediately terminated; and it is further

ORDERED that FNB shall not reschedule a foreclosure sale of the Debtor's real property known as 1400-1406 Aliceanna Street, Baltimore, Maryland for a date that is earlier than forty-five (45) days after the date of entry of this Order; and it is further

ORDERED that the Debtor shall file all monthly operating reports and pay all fees due to the office of the United States Trustee through the date of entry of this Order.

STIPULATED AND AGREED TO:

/s/ Brent C. Strickland, Esq.
Brent C. Strickland, Esq. (Bar No. 22704)
Whiteford Taylor & Preston L.L.P
8830 Standford Blvd, Suite 400
Columbia, Maryland 21045
Phone: (410) 347-9402
bstrickland@whitefordlaw.com
Counsel for the Debtor, CC 1400 Aliceanna Street LLC

/s/ David V. Fontana, Esq.
David V. Fontana, Esq. (Bar No. 23563)
Keith M Lusby, Esq. (Bar No. 05596)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Phone: 410-385-5053
dfont@gebsmith.com
Counsel for First National Bank of Pennsylvania

*Gerard R. Vetter, Esq.*
Gerard R. Vetter, Esq.
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
gerard.r.vetter@usdoj.gov
*Counsel for United States Trustee*

    I HEREBY CERTIFY that the terms of the copy of the Consent Order Dismissing Case with Prejudice submitted to the Court are identical to those set forth in the original Consent Order Dismissing Case with Prejudice; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Consent Order Dismissing Case with Prejudice.

                                                    */s/ Brent C. Strickland, Esq.*
                                                    Brent C. Strickland, Esq.

-END OF ORDER-

Court Endorsement:

cc:     Debtor
        Counsel for Debtor - Brent C. Strickland
        U.S. Trustee
        All Creditors