# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–12153 – NVA**   Chapter: **11**

**CC 1400 Aliceanna Street LLC**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 5/28/25.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 5/28/25

                                             Mark A. Neal, Clerk of Court
                                             by Deputy Clerk, Mark Rybczynski
                                             410–962–4255

Form ntcdsm