Entered: June 12th, 2025
Signed: June 12th, 2025

**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−12153 − NVA**    Chapter: **11**    Doc No.: **24**

**CC 1400 Aliceanna Street LLC**
Debtor

First National Bank of
Pennsylvania
Movant

vs.

CC 1400 Aliceanna Street, LLC
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. §362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:    All Counsel − David Fontana
       Brent Strickland
       Case Trustee − For Internal Use Only
       U.S. Trustee

### End of Order

37x03 (rev. 12/03/1997) − MarkRybczynski